■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD FRANK, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on March 13, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Carro, Kassal, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY GIBSON, Appellant.—Judgment, Supreme Court, New York County (Rose Rubin, J.), rendered on September 26, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no

nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Carro, Kassal, Ellerin and Smith, JJ.